UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN COLANGELO,

    Plaintiff,

    v.                                            CASE NO.  3:21-CV-00260(KAD)

LESLEE HILL, ROBERT SKINNER,
CHRISTOPHER ARCIERO, BETH KANDRYSAWTZ,
ROBERT BESSEL,

    Defendants.

## JUDGMENT

This matter came on before the Honorable Kari A. Dooley, United States District Judge, as a result of defendants' motion to dismiss [Doc. #12].

The Court has considered the full record of the case including applicable principles of law. On September 2, 2021, the Court issued a ruling granting the defendants' motion. It is therefore;

ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 7th of September 2021.

                                                                ROBIN D. TABORA, Clerk

                                                                By /s/ Kristen Gould
                                                                    Kristen Gould
                                                                    Deputy Clerk

EOD: 9/07/2021